# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LOUIS ANDREOLI** and **CATHERINE ANDREOLI,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as trustee of the **INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR10, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005AR10 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2005,**
Appellee.

No. 4D16-2130

[September 28, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Mark E. Polen, Judge; L.T. Case No. 2012CA018975XXXXMB.

Thomas Erskine Ice of Ice Appellate, Lake Worth, for appellants.

Diana B. Matson and Joshua R. Levine of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE, JJ., and BUCHANAN, LAURIE, Associate Judge.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***